PROB 22 (Rev. 2/88)

DOCKET NUMBER *(Tran. Court)*
0315 2:13CR00011

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED | DISTRICT | DIVISION |
|---|---|---|
| James Gray | Western District Of Pennsylvania | United States Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Gustave Diamond (retired) | |
| , | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 4/15/2022 — TO 4/14/2030 |

OFFENSE

21 U.S.C. 846  Conspiracy to Possess With Intent to Distribute and Distribution of 500 Grams or More of Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District Of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 31, 2022
*Date*

*s/ J. Nicholas Ranjan*
Nicholas J. Ranjan
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 21, 2022
*Effective Date*

*/s/ Christopher C. Conner*
United States District Judge